UNITED STATES of America,
Plaintiff–Appellee,

v.

Marvin Louis ADAMS, a.k.a. Melvin
McGuire, Jr., Defendant–
Appellant.

No. 09–13581
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 15, 2010.

Marvin Louis Adams, Marianna, FL, pro
se.

Steven E. Butler, Mobile, AL, for Plaintiff–Appellee.

Before TJOFLAT, EDMONDSON and
WILSON, Circuit Judges.

PER CURIAM:

Arthur Madden III, appointed counsel for Marvin Louis Adams, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED,**

and Adams's conviction and sentence are **AFFIRMED.**